County, No. 790473, Stanley C. Soderland, J., entered June 30, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Callow, JJ.

[No. 3313-1.    Division One.    October 25, 1976.]

DEAN COOKE, *Respondent*, v. ISAAC CAPELOUTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 759475, George H. Revelle, J., entered September 27, 1974. *Reversed* by unpublished opinion per Farris, J., concurred in by Callow and Andersen, JJ.

[No. 1272-3.    Division Three.    October 26, 1976.]

COUNTRY HOMES ESTATE, INC., *Respondent*, v. H. A. EVEREST, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 218442, Del Cary Smith, Jr., J., entered July 18, 1974. *Reversed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 1630-3.    Division Three.    October 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. STANFORD THOMAS GRAY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18595, Howard Hettinger, J., entered May 16, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1584-3.    Division Three.    October 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. HOLCOMB, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22965, William J. Grant, J., entered June 5, 1975. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.